IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Varinder Singh, | : | |
| | : | Case No. 1:26-cv-123 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Susan J. Dlott |
| | : | |
| Acting Field Director of Detroit Field | : | |
| Office, United States Immigrations and | : | Order Vacating Referral to Magistrate |
| Customs Enforcement, *et al.*, | : | Judge |
| | : | |
| Defendants. | : | |

This habeas corpus case was, upon filing, randomly referred to Magistrate Judge Peter B.

Silvain pursuant to Amended General Order 22-05. That reference is hereby **VACATED**.

**IT IS SO ORDERED**.


S/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court