IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Varinder Singh,                                :
                                               :
            Petitioner,                        :
                                               :        Case Number: 1:26cv123
      vs.                                      :
                                               :        Judge Susan J. Dlott
Acting Field Office Director of                :
Enforcement and Removal Operations,            :
Detroit Field Office, Immigration              :
and Customs Enforcement.                       :
                                               :
                                               :
            Respondent.                        :

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED

This action was decided by the Court without a trial.   It was ordered and adjudicated that the

Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) was granted and the Motion to Dismiss (Doc. 6)

was denied as moot

The Court retains jurisdiction to enforce its grant of relief or to adjudicate timely

petitions filed under the Equal Access to Justice Act, 28 U.S.C. § 2412.


4/24/2026                                               RICH NAGEL, CLERK


                                                          S/William Miller
                                                        Deputy Clerk